(January 17, 1963)

■ TIPPETTS-ABBETT-MCCARTHY-STRATTON, Respondent, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant. (Claim No. 34769.) — The judgment of the Court of Claims is severed and as to the amounts awarded on the first, second and fourth causes of action, as to which no issues were raised on the appeal, is affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ CARL M. HYDE, Plaintiff, v. JOHNSON CITY PLUMBING CO., INC., Defendant and Third-Party Plaintiff-Appellant; SECURITY MUTUAL LIFE INSURANCE COMPANY, Third-Party Defendant-Respondent.— Decision of this court, handed down January 11, 1962, amended as follows: Order of May 4, 1962 modified by striking out " on the merits " and as thus modified affirmed, with $10 costs. Appeal from order of July 23, 1962 dismissed as moot. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

(January 21, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD C. MINER, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. The County Clerk of Schenectady County is hereby ordered to furnish appellant, without charge, a copy of the transcript of testimony taken on the hearing in the above-entitled *coram nobis* proceeding. (Code Crim. Pro., § 456, as amd. by L. 1962, ch. 889.) Motion in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of EUGENE SLAVIN, Appellant. BALLET RUSSE DE MONTE CARLO, INC., Respondent; MARTIN P. CATHERWOOD, Industrial Commissioner, Respondent.— Motion for permission to reargue denied, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ JUDITH DE MARCO, an Infant, by Her Guardian ad Litem, ROSARIO V. DE MARCO, et al., Respondents, v. CITY OF ALBANY, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of WILLIAM H. STOUDENMYRE, Appellant, v. EAGAN REAL ESTATE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of ROSE M. BORKOWSKI, Respondent. BUFFALO CHINA, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion granted and the fee of Donald L. Slater, Esq., is fixed at $150 and his disbursements at $28.35. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.